

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 15−10510
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Joel Justin Hopper
      aka Joel Justin Walter Hopper, aka Joeler Hopper
    1 Flycatcher Way, Unit 201 #01−201
    Arden, NC 28704
    Social Security No.: xxx−xx−4196

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Plan filed in the above referenced case on 10/05/2015 as document # 6 is defective for the reason(s) marked below:

    Plan Motions (Ch. 13) event required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: October 6, 2015　　　　　　　　　　　　　　　　　　　　　　　　Steven T. Salata
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Electronically filed and signed (10/6/15)