Local Form 7                                                                                    March 2013

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

IN THE MATTER OF:                              )
                                               )
JOEL JUSTIN HOPPER,                            )    Case Number  15-10510
a/k/a Joel Justin Walter Hopper,               )
a/k/a Joeler Hopper,                           )
                                               )
                      Debtor(s)                )

### CHAPTER 13 DEBTOR'S CERTIFICATION AND AFFIDAVIT—§ 341 MEETING

The undersigned, being the Debtor(s) referenced above, do hereby certify under oath administered by the Chapter 13 Trustee at the § 341 meeting of creditors conducted on the date noted below, the following (check the appropriate option and fill in the information requested as needed):

### DOMESTIC SUPPORT OBLIGATION CERTIFICATION

    Male    Female

1.   ( )    ( )    I am not presently required by any voluntary agreement, judicial or administrative order, or statute to pay any domestic support obligation (as defined in 11 U.S.C. § 101(14A)); or,

2.   (✓)    ( )    I am required to pay under a voluntary agreement or domestic support order, and the full information as required by law as to the identity of the holder of this claim is already included in my petition, including the name and full mailing address of the holder, and ages and custodian of any children relating to the support order, and,

a.   (✓)    ( )    As of the date of this affidavit, I am current under any obligation created therein, and I agree to notify the Chapter 13 Trustee should I miss any payments due or otherwise become delinquent under any support obligation from this day until my confirmation order is entered.

b.   ( )    ( )    I am presently in arrears as of the date of this Affidavit as follows:

        ( )    I have only those arrears as listed in my petition, and I am current post-petition through today; or,

        ( )    In addition to any arrears listed in my petition, I have incurred the following post-petition arrearage:

        _____

### TAX RETURN CERTIFICATION

    Male    Female

1.   ( )    ( )    I was not required to file any Federal, State, or local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

_____.

2.    ( )    ( )    I was not required to file Federal, State, or local tax returns for the following years during the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

_____

_____

3.    (✓)    ( )    I was required to file Federal, State, and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition, and I have filed all of the returns that I was required to file during that 4-year period.

4.    ( )    ( )    I was required to file Federal, State, and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition, but I have not filed the following required return(s):

_____

_____

## CERTIFICATION OF WAGES

Male    Female

1.    (✓)    ( )    My Chapter 13 petition contains valid and accurate information as regards the payment of wages to me by my employer for the 60-day period ending on the date of the filing of my petition, and my petition contains valid and accurate information as to my average income for the six-month period ending on the last day of the calendar month immediately preceding the filing of my petition; or,

2.    ( )    ( )    The information as contained in my petition has changed as follows:

_____

_____

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate, and the Chapter 13 Trustee and the Court may rely on these statements for purposes of determining if confirmation of my proposed Plan is allowed under the provisions of the Bankruptcy Code. Any inaccuracy in this affidavit may be grounds for revocation or denial of my confirmation.

Dated this the ___5___ day of __November__, 20_15_.

_____
Male Debtor

_____
Female Debtor